IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 1:14CR 109

TONY LEE TATE                               16 U.S.C. § 470ee
                                                                 18 U.S.C. § 1361

## **NOTICE OF PENALTIES**

### **Counts One and Three**

-NMT 2 years imprisonment — 16 U.S.C. § 470ee;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 1 year supervised release — 18 U.S.C. § 3583(b)(3); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

Except in the case of a second or subsequent conviction under 16 U.S.C. § 470ee, in which case the maximum term of imprisonment is 5 years — 16 U.S.C. § 470ee.

### **Count Two**

-NMT 10 years imprisonment — 18 U.S.C. § 1361;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

                                                 ROBERT J. MIMS, MS Bar 9913
                                                 Assistant United States Attorney
                                                 Office of the United States Attorney
                                                 Northern District of Mississippi
                                                 900 Jefferson Avenue
                                                 Oxford MS 38655-3608
                                                 telephone 662/234-3351, fax 662/234-0657