**CRIMINAL CASE COVER SHEET**  **U.S. DISTRICT COURT**
**Complete entire form**

**Place of Offense:**  **Related Case Information:**

City _____  Superseding: ☐ Yes  XX No   If yes, Case No._____
                                                    Same Defendant _____ New Defendant __X__

County ____Monroe____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:  ☐ Yes XX No        If yes, Matter to be sealed:   ☐ Yes  ☐ No

Defendant Name _Tony Lee Tate_____

Alias Name _____

Address _Amory MS_____

DOB _1970_ SS# _6253_ Sex __M__ Race _Caucasian_ Nationality ____USA____

Represented by: _____

**U.S. Attorney Information:** AUSA __Robert J. Mims__ Bar #_9913_____

Interpreter:  ☐ Yes  XX No     List Language and/or dialect: _____

**Location Status:**

Pretrial Release  ☐ Yes       ☐ No            In Custody   ☐ Yes    XX No

Federal _____ State _____ Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts _1, 2 & 3 of 3_     ☐ Petty  ☐ Misdemeanor  XX Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  _16:470ee(a).F_ | Archaeological Resource Protection Act | 1 |
| Set 2  _18:1361.F_ | govt property or contracts > $1000 | 2 |
| Set 3  _16:470ee(b).F_ | Archaeological Resource Protection Act | 3 |
| Set 4  _____ | | |

Date: __9/23/2014__    Signature of AUSA __Robert J. Mims_____

**District Court Case Number:**
(To be entered by Clerk)    __1:14 CR 109_____